## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven M. Vollmer, | Civil No. 13-CV-0011 (MJD/FLN) |
| Plaintiffs, | |
| v. | |
| Federal Home Loan Mortgage Corporation, Wells Fargo Bank, N.A., and Reiter & Schiller, P.A., | **AMENDED NOTICE OF HEARING ON PLAINTIFFS MOTION TO REMAND** |
| Defendants. | |

TO:  All Defendants and their counsel of record.

PLEASE TAKE NOTICE that on April 19, 2013 at 10 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the Honorable Magistrate Judge Franklin L. Noel, District of Minnesota, Courtroom 9W, U.S. Courthouse at 300 South Fourth Street, Minneapolis, MN 55415, and shall then and there present the Motion to Remand filed by Plaintiffs.


Dated:  February 21, 2013         BUTLER LIBERTY LAW, LLC


                                  /s/ William Butler
                                  William Bernard Butler (#227912)
                                  33 South Sixth Street, Suite 4100
                                  Minneapolis, MN  55402
                                  (612) 630-5177

                                  ATTORNEY FOR PLAINTIFFS