UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

STEVEN M. VOLLMER,

       Plaintiff,

v.          **ORDER**
           Civil File No. 13-11 (MJD/FLN)

FEDERAL HOME LOAN MORTGAGE CORP.,
WELLS FARGO BANK, N.A., and
REITER & SCHILLER PA,

       Defendants.

William B. Butler, Butler Liberty Law, LLC, Counsel for Plaintiff.

Charles F. Webber and Elizabeth Ann Walker, Faegre Baker Daniels, LLP, Counsel for Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank N.A.

Curt N. Trisko and Rebecca F. Schiller, Schiller & Adam, PA, Counsel for Defendant Reiter & Schiller, PA.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated May 3, 2013. Plaintiff filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge Noel dated May 3, 2013.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated May 3, 2013 [Docket No. 56].

2. The Bank Defendants' Motion to Dismiss [Docket No. 33] is **GRANTED**.

3. Defendant Reiter & Schiller, P.A.'s Motion to Dismiss [Docket NO. 27] is **GRANTED**.

4. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 26, 2013          s/ Michael J. Davis
                                            Michael J. Davis
                                            Chief Judge
                                            United States District Court